AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**ESHON MITCHELL**

          Plaintiff

V.

**COMMISSIONER OF SOCIAL SECURITY**

          Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 10-3366 (SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and *and issue summonses*

☒ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 11th day of August, 2010

*Signature of Judicial Officer*

Susan D. Wigenton, U.S.D.J.
Name and title of Judicial Officer